# Order

Michigan Supreme Court
Lansing, Michigan

September 21, 2011

143330

PROGRESSIVE MARATHON INSURANCE
COMPANY,
      Plaintiff/Cross-Defendant-
      Appellant,

v

RYAN DEYOUNG and NICOLE L.
DEYOUNG,
      Defendants,
and

SPECTRUM HEALTH HOSPITALS and
MARY FREE BED REHABILITATION
HOSPITAL,
      Intervenors/Cross-Plaintiffs-Appellees,
and

CITIZENS INSURANCE COMPANY OF
AMERICA,
      Intervenor/Cross-Defendant-Appellee.
_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143330
COA: 296502
Ottawa CC: 09-001034-CZ

On order of the Court, the application for leave to appeal the May 24, 2011 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address: (1) whether an immediate family member who knows that he or she has been forbidden to drive a vehicle, and has been named in the no-fault insurance policy applicable to the vehicle as an excluded driver, but who nevertheless operates the vehicle and sustains personal injury in an accident while doing so, comes within the so-called "family joyriding exception" to MCL 500.3113(a); and (2) if so, whether the "family joyriding exception" should be limited or overruled.

The Michigan Association for Justice, the Michigan Insurance Federation, the Michigan Defense Trial Counsel, Inc., the Michigan Health and Hospital Association, and the Commissioner of Insurance are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2011

Clerk

p0914